## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: | Case No.: 17-00057 |
| **TARA RETAIL GROUP, LLC,** | Chapter 11 |
| Debtor. | |

## NOTICE OF CHANGE OF ADDRESS

Claimant, Stephen Ryan Thomas, submits this Notice of Change of Address. Claimant's address is as follows: 6926 Charleston Road, Walton, West Virginia 25286.

**STEPHEN RYAN THOMAS;**
**By Counsel**

/s/ John H. Skaggs
Stuart Calwell, Esquire (#595)
John H. Skaggs, Esquire (#3432)
Alexander D. McLaughlin, Esquire (#9696)
**The Calwell Practice, LC**
500 Randolph Street
Charleston, WV 25302
Phone: (304) 343-4323

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

|  |  |
|---|---|
| In re: ) | Case No.: 17-00057 |
| ) | Chapter 11 |
| **TARA RETAIL GROUP, LLC,** ) | |
| ) | |
| Debtor. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, John H. Skaggs, hereby certify that the foregoing "**Notice of Change of Address**" was filed August 27, 2018, using the CM/ECF system, and served upon all persons registered to receive electronic notices in this case.

/s/ John H. Skaggs
Stuart Calwell, Esquire (#595)
John H. Skaggs, Esquire (#3432)
Alexander D. McLaughlin, Esquire (#9696)
**The Calwell Practice, LC**
500 Randolph Street
Charleston, WV 25302
Phone: (304) 343-4323