UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg Division

IN RE:  COMM 2013 CCRE12 Crossings Mall Road, LLC
Tara Retail Group, LLC
_____
Debtor,

Bankruptcy No.  1:17bk57

Civil Action No.  1:19cv82

### NOTICE

Pursuant to Bankruptcy Rule of Procedure 8007(b), please take notice that the above styled civil action, a Bankruptcy Appeal, has been filed at Clarksburg Division on 4/19/2019.

Cheryl Dean Riley, Clerk

Date: 4/19/2019

By: J. Musgrave
Deputy Clerk