Order Entered.

Patrick M. Flatley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: ) | |
| ) | |
| TARA RETAIL GROUP, LLC ) | |
| *dba* Tara Hotel Group, LLC, ) | Case No. 17-bk-57 |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

## ORDER

Consistent with the memorandum opinion entered contemporaneously herewith, the court does hereby

**ORDER** that the Debtor's proposed Chapter 11 plan of reorganization be and hereby is CONFIRMED.